RECEIVED

AUG 2 9 2016 DC
8-29-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James Heard

(Enter above the full name of the plaintiff or plaintiffs in this action)

16-cv-8475
Judge Amy St. Eve
Magistrate Judge Young B. Kim
PC6

vs.

~~[illegible]~~ Franklin Paz

~~[illegible]~~ Antrinius Andrews

~~Cook County [illegible]~~ Jose Rivera

Katherine Crow

~~[illegible]~~

City of Chicago

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

N/A

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 15C7825

B. Approximate date of filing lawsuit: 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James Heard

D. List all defendants: City of Chicago and its officers

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal court

F. Name of judge to whom case was assigned: Do not recall

G. Basic claim made: 4th Amendment violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed

I. Approximate date of disposition: 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

The record indicates despite that a hand gun was found

When the he defendant was apprehended, the he defendant was not apprehended at the scene of ~~this~~ the incident or immediately thereafter with a weapon, hand gun, or bludgeon object in his possession. And given that the state presented no physical evidence connecting the defendant to a gun found in a laundry bin inside a closet by the front door of a apartment. No witness from the apartment who had seen the defendant there holding a gun, ~~and~~ or in the same room with the gun and no evidence that the defendant lived at the residence where the hand gun ~~/ Firearm~~ was found ~~the evidence of the gun in trial was And keys to support bei~~ nake No apartment keys was found on the defendant to ~~even~~ support to he had access to the apartment where the gun was found ~~Make~~s the evidence of the gun is insufficient to support

No weapon was reported being fired or used as a bludgeon object

- 14th Amendment violation
- 1983 Monell Claim
- 1983 Conspiracy Claim
- Bribery
- Malicious Prosecution State Claim
- Respondeat superior state claim against city of Chicago
- Indemnification state claim against the city of Chicago

1 I state and claim the following; that on or about Sep 26, 2014 officers Andrews and his partner Rivera both located to 6402 S King Drive Apt. 2B and were met by Erica Nance and her boyfriend Videl Holmes, whom both consented to a search of their premise. Both officers conducted a systematic search and located a loaded Black .22 caliber ruger pistol in a laundry bin in a closet by the front door of that apartment. During this search, I was not present. I was being held at the 3rd district Chicago Police Dept.

I State and claim that on or about Sep 27, 2014 While I was being held in the custody of CPD on charges unrelated to my complaint, charges of unlawful use or possession of a weapon by Felon was added by Det Katherine Crow. And the weapon was inventoried as an weapon recovered/seized from me, when I was arrested at 6402 S. Dr. Martin Luther King Drive apt. 2B Chicago IL 60637 by officers Antrinius Andrews and Jose Rivera,

Page 2

2. I state and claim that on or about September 26, 2014 while I was walking on the sidewalk of 6310 S King Dr, I was stopped and arrested by the Chicago Police Dept on charges unrelated to my complaint. Officers Antrinius Andrews Star number 11584 conducted an custodial search of my person, reported that I was unarmed. And no weapon was found on or about my person. While I was being held in the custody of the Chicago Police Dept on charges unrelated to my complaint, Officer Andrews, his partner Jose Rivera Star number 14928 and Detective Katherine Crow Star number 21311 all played a role in charging me without probable cause for criminal possession of a weapon found by Officer Andrews and his partner Rivera at an apartment I exercised no immediate and and exclusive control over. After being charged, I was transfered to the county Jail.

3. On Oct 3, 2014 preliminary hearing Judge Michelle Jordan found probable cause in my cause and my criminal proceedings were initiated by Officers Andrews, Rivera, and Det. Crow.

3. Officers Andrews, Rivera, and Det. Crow all abused their position of authority causing me to suffer from an Malicious prosecution, when they disregarded carrying out their duty as law enforcement agency's and government officials, when instead of officers Andrews, Rivera, and Det. Crow exercising and carrying out their duty to enforce law in charging the individual who were in criminal possession of a weapon. Officer Andrews and Rivera brought that weapon back to the station with the intention of planting incriminating evidence on me. Officer Andrews, Rivera, and Det. Crow all worked together in the conspiracy plot ~~to charge~~ in charging me with a weapon found inside of an apartment I had no immediate and exclusive control of, or access to. And I was not present at during the recovery of the gun seized.

4. Throughout my prosecution, I suffered from being exposed to violence at the hands of other inmates by officers in the jail, who showed ~~were~~ deliberate indifferent to my safety. And I suffered from mental anguish, ~~and~~ mental disturbance, mental and emotional distress. I will also like to seek punitive damages.

5. On Jan 7, 2016, I was found guilty. On July 14, 2016, I was sentenced to serve 8 yrs @ 85% and 5 yrs @ 50% for unlawful use of weapon by felon and armed habitual criminal. I have since appeal my conviction in the appellate court for the district of Cook County.

6. Det. CROW and Officers Andrews and Rivera knew or should've known that charging me with a criminal offense for a law I did not violate could and did lead to my malicious prosecution.

7. Officers Andrews and Rivera ~~and~~ both worked together in the conspiracy plot to plant and fabricate false evidence ~~and~~ in my criminal proceedings. So this Det CROW and Sergeant Franklin Paz Jr star number 2220

8. Detective Katherine Crow Filed false criminal charges against me without probable cause initiateing my criminal proceedings.

9 Defendants showed signs of malice because their intentions of planting False and fabricated evidence was because they wanted badly to build a stronger case against me on charges unrelated to my complaint. So they planted the evidence ~~and~~

filed falsed police documents and combined the charges on one case and under one case number, so that the cases would be trialed and prosecuted together.

10 All 3 defendant's violated and deprivated me of my 14th Amendment Due Process rights, when they all worked together in the conspiracy plot to frame me for a criminal offense I did not commit. These defendant's are Det Crow and Officers Andrews and Rivera. These defendant's who planted bogus evidence and filed false charges against me showed police misconduct. ~~I'm also including sgt Paz in this claim~~.

11 Sgt Paz also played a role in this conspiracy. Sgt Paz was present when I was arrested and I was unarmed. Sgt Paz was also present when the weapon was found. And sgt Paz still approved police documents, allowing false and bogus evidence that wasn't recovered or seized from my possession to be inventoried and placed in evidence as if was seized or recovered from my possession when I was arrested.

12. I'm Claiming that defendant's crow, Andrews, and Rivera all violated my 14th Amendment and the proper procedures and policies of the city of chicago and the chicago Police Dept regarding inventorying evidence, such as, Firearms. Their violation was the direct cause of my injuries.

13. The city of Chicago failed to properly train, regulate, supervise, discipline and enforce its officers in regarding inventorying evidence, such as, firearms.

14. The city of chicago failed to enforce and regulate its policy of inventorying Firearms.

15. The defendants Katherine crow, Antrinius Andrews, and Jose Rivera all violated my 14th Amendment of the U.S. constitution when they ~~intentually~~ intentionally planted and misuse evidence ~~in my prosec~~ that initiated my malicious prosecution.

16. The city of chicago failed to provide adequate supervision regarding the inventorying process.

17. The city of chicago has failed to investigate previous incidents similar to the incident in question to prevent future constitutional violations of citizens.

18. Defendants Paz, Andrews, and Rivera all bribed Me into believeing that ~~[illegible]~~ if I lead them to the Whereabouts of where 2 handgun could be found that they would charge me with a lesser charge for my cooperation. An lesser charge of what I was being held in custody for. But instead they seized and recovered 2 guns, came back to the station and filed and fabricated police reports falsely alleging that these weapons were seized from me when I was arrested at these locations.

19. Defendant Andrews made false and inconsistent statements committing perjury under sworn oath that initiated my prosecution.

20. Defendants Paz, Andrews, and Rivera used improper investigator tactics to obtain illegal evidence. And inventoried evidence intentionally to inflict ~~[illegible]~~ mental anguish.

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
)
vs )
)
____________________ )

IND. NO.: __________

## PRO SE POST-CONVICTION PETITION

Now comes James Heard, Defendant, pro se, and petitions this Honorable Court to grant him relief under the post-conviction act. [725 ILCS 5/122-1. 1992]

In support of this petition, Defendant states:

1. He/She was convicted of the offense(s) of: UUWF Arm robbery w/Handgun Arm Habitual after a jury trial, bench trial or entered a guilty plea before the Honorable Stevenson and was sentenced to 23 years on 7-15-16, ____.
2. He/She did not appeal his/her conviction or he/she appealed his/her conviction to the Appellate Court of Illinois and that Court affirmed his/her conviction on ______, ____ (APPELLATE NO. ______).
3. He/She did not petition the Supreme Court of Illinois to take his/her case or his/her petition for leave to appeal was denied on ______, ____.(SUPREME COURT NO.______)
4. This petition was mailed to the clerk of the circuit court within the time frame enumerated under 725 ILCS 5/122-1.
5. Petitioner's constitutional rights were violated because (STATE ALL FACTS KNOWN TO PETITIONER THAT DEMONSTRATE THAT HIS/HER CONSTITUTIONAL RIGHTS WERE VIOLATED):

____________________, Defendant, pro se, states, under penalty of perjury, that the facts set out in this petition are true and correct to the best of his/her knowledge and belief.

SIGNED: ____________________

# Parties

21. James Heard is a plaintiff, currently incarcerated at menard C C. During the duration of this Prosecution James Heard was an pretrial detainee held at CCDOC.

22. City of Chicago is a defendant sued in its official capacity, and individual capacity.

23. Katherine Crow is a defendant, sued in her individual capacity. she is a chicago Police Detective, employed at the chicago Police Dept and city of Chicago.

24. Antrinius Andrews is a defendant. sued in his individual capacity. He is a police officer, employed at the chicago Police Dept and city of Chicago.

25. Jose Rivera is a defendant, sued in his individual capacity. He is a police officer, employed at the chicago police Dept. and city of chicago.

~~6. Franklin Paz is a de~~

26. Franklin Paz is a defendant sued in his individual capacity. He is a police sergeant employed at the chicago Police Dept and city of Chicago.

27 I'm requesting to seek damages for punitive damages against all defendants, and I will be requesting seeking damages for mental anguish and emotional distress, loss of liberty, also for defamation of my character. for the slendering of my character as being a weapon violator. I'm seeking to be compensated money for all my damages in the total sum of $4;000,000. I'm seeking $1,000,000 from each defendant. I'll be willing to exceed the total amount of $3M if awarded by Jury.

28. **Relief:** money damages

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

I will like to seek to be compensated money for my damages and claims for the sum of $4million. I will be willing to accept more if awarded by jury

VI. **The plaintiff demands that the case be tried by a jury.** ☑ YES ☐ NO

**CERTIFICATION**

**By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.**

**Signed this** 20th **day of** July, **20** 16

James Heard
**(Signature of plaintiff or plaintiffs)**

James Heard
**(Print name)**

M20133
**(I.D. Number)**

Menard CC
PO BOX 1000 Menard IL 62259
**(Address)**